# UNITED STATES DISTRICT COURT
for the
District of Maryland

JUN 25 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 14-mj-1370-SKG
)
Google Accounts Listed on the Attached )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Please see Attachment A

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized):*

Please see Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1591 | Sex Trafficking by Force, Fraud or Coercion |
| 18 U.S.C § 2422 | Interstate Commerce to Engage in Prostitution |
| 18 U.S.C § 2421 | Transporting an Individual to Engage in Prostitution |

The application is based on these facts:

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kate N. Reilly, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/10/14

*Judge's signature*

City and state: Baltimore, Maryland

Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*